IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRENCE BROWN, Individually and on**                                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                  No. 4:22-cv-20-LPR

**PENSKE TRUCK LEASING CO., LP, and**                                                **DEFENDANTS**
**PENSKE TRUCK LEASING CORPORATION**

### PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION, FOR APPROVAL AND DISTRIBUTION OF NOTICE AND FOR DISCLOSURE OF CONTACT INFORMATION

COMES NOW Plaintiff Lawrence Brown ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys Sean Short and Josh Sanford of the Sanford Law Firm, PLLC, and for his Motion for Certification, for Approval and Distribution of Notice and for Disclosure of Contact Information, she does state and allege as follows:

1. Plaintiff worked as an hourly-paid employee for Penske Truck Leasing Co., LP, and Penske Truck Leasing Corporation (collectively "Defendants") in Arkansas.

2. Plaintiff brought this suit individually and on behalf of all other current and certain former employees (collectively "Hourly Employees") who worked for Defendants, who are similarly situated, to recover unpaid overtime wages, liquidated damages, prejudgment interest, costs, and attorneys' fees pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, et seq. ("AMWA").

Page 1 of 4
Lawrence Brown, et al. v. Penske Truck Leasing Co., LP, et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-20-LPR
Motion for Conditional Certification of Collective Action, etc.

3. Plaintiff brought this action as a collective action pursuant to 29 U.S.C. § 216(b). Plaintiff asks this Court to conditionally certify a collective action consisting of all Hourly Employees employed by Defendants within the three years prior to the filing of Plaintiff's Original Complaint and to approve notice to those current and former employees.

4. Attached as Exhibits 1 and 2, respectively, are the Notice and Consent to Join proposed by Plaintiff for distribution in this case. Attached as Exhibit 3 is the text of the messages proposed by Plaintiff for electronic distribution in this case. The Notice and Consents make no comment on the merits of the case. The Notice is narrowly drawn to notify potential collective members of the pending litigation, the composition of the collective and their right to "opt in" to the litigation.

5. Plaintiff also requests that the Court grant counsel a period of ninety (90) days—beginning on the date on which Defendants fully and completely release the potential class members' contact information to Plaintiff's counsel—during which to distribute the Notice and file opt-in Plaintiff's Consent forms with this Court.

6. To facilitate the sending of the Notice and Consent forms, Plaintiff also respectfully asks this Court to enter an Order directing Defendants to provide the names, last known addresses, and last known email addresses of potential opt-in plaintiffs in an electronically manipulable format such as Excel format (.xls) no later than seven days after the date of the entry of the Order.

7. Plaintiff requests that this Court permit him to provide the Notice to potential opt-in plaintiffs via U.S. Mail, and that this Court permit Plaintiff to send a reminder email or postcard thirty days after the date of mailing.

Page 2 of 4
Lawrence Brown, et al. v. Penske Truck Leasing Co., LP, et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-20-LPR
Motion for Conditional Certification of Collective Action, etc.

8. Plaintiff files herewith and incorporates herein a memorandum Brief in Support of this Motion.

9. In support of her Motion, Plaintiff files herewith the following exhibits:

1) Proposed Notice of Right to Join Lawsuit;
2) Proposed Consent to Join Collective Action;
3) Proposed Text of Electronic Transmission;
4) Proposed Reminder Postcard;
5) Declaration of Attorney Josh Sanford;
6) Declaration of Lawrence Brown; and
7) Declaration of Thomas Kennington.

WHEREFORE, premises considered, Plaintiff, individually and on behalf of all others similarly situated, prays that this Court:

A. Conditionally certify this case as a collective action;

B. Approve Plaintiff's proposed Notice and Consent to Join and proposed method of distribution including mailing and emailing;

C. Approve the form and content of Exhibits 1–4;

D. Order Defendants to produce the requested contact information of each putative collective member in an electronically importable and malleable electronic format, such as Excel, within seven days after this Court's Order is entered;

E. Allow for an opt-in period of 90 days, to begin on the date on which Defendants produce the collective members' names and contact information, in which collective members may submit Consents to Join this lawsuit as opt-in plaintiffs;

F. Award costs and a reasonable attorney's fee and grant all other relief to which Plaintiff may be entitled, whether specifically prayed for or not.

Page 3 of 4
Lawrence Brown, et al. v. Penske Truck Leasing Co., LP, et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-20-LPR
Motion for Conditional Certification of Collective Action, etc.

Respectfully submitted,

**LAWRENCE BROWN, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 4 of 4
Lawrence Brown, et al. v. Penske Truck Leasing Co., LP, et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-20-LPR
Motion for Conditional Certification of Collective Action, etc.**