IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE BROWN, Individually and                                       PLAINTIFF
On Behalf of All Others Similarly Situated

VS.                              NO. 4:22-cv-00020-LPR

PENSKE TRUCK LEASING CO., LP, and                                     DEFENDANTS
PENSKE TRUCK LEASING CORPORATION

## DEFENDANTS' PRETRIAL DISCLOSURE SHEET

1. **Identity of Submitting Party**. Defendants Penske Truck Leasing Co., L.P. ("Penske") and Penske Truck Leasing Corporation ("PTLC").

2. **Counsel for Defendants**. Stuart Jackson, Jane Kim, and Shelby Howlett of Wright, Lindsey & Jennings, LLP, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201; (501) 371-0808.

3. **Brief Summary of Claims and Relief Sought**. Plaintiff alleges that Penske[1] violated the Fair Labor Standards Act (FLSA) and the Arkansas Minimum Wage Act (AMWA) by not paying him overtime wages for all hours worked over 40 in a week. Specifically, plaintiff contends that he was required to sign a Compensable Time Record form stating that his hours over 40 were a mis-punch on the time clock when they were in fact not.

4. **Prospects for Settlement**. The parties have engaged in limited settlement negotiations. Defendants are open to further negotiations.

---

[1] Plaintiff concedes that PTLC was not his employer. *See* ECF Doc. 31 at 25.

1

2875993-v1

5. **Basis for Jurisdiction and Objections to Jurisdiction**. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367. There are no objections to jurisdiction.

6. **List of Pending Motions**. Defendants' motion for summary judgment is pending.

7. **Concise Summary of Facts**. Summaries of all relevant facts are contained in defendants' brief in support of their motion for summary judgment and statement of undisputed material facts. *See* ECF Docs. 26, 27.

8. **All Proposed Stipulations**. Defendants will stipulate to the matters admitted in their answer to the complaint, the authenticity of any documentation produced in discovery by Penske, plaintiff's rates of pay and job position at Penske, plaintiff's dates of employment with Penske, and the facts admitted by plaintiff in his response to defendants' statement of undisputed material facts.

9-10. **Issues of Fact and Law Expected to be Contested**. Defendants anticipate the following to be contested:

   a. Whether plaintiff performed work that was not properly compensated;

   b. Whether plaintiff has established his alleged FLSA damages under any standard of proof;

   c. The amount of damages, if any, to which plaintiff is entitled; and

   d. Whether the two-year statute of limitations or three-year statute of limitations should apply to plaintiff's FLSA claim.

11. **List and Brief Description of Exhibits, Documents, Etc. The Party Expects to Offer and Those Which the Party May Offer**. Whether certain

2875993-v1

exhibits are introduced will depend in part on the testimony/evidence put on by plaintiff during his case-in-chief. The exhibits defendants expect to offer are in ***bold and italicized***:

a. ***Relevant portions of plaintiff's personnel records***;

b. Applicable portions of Penske's associate handbook and plaintiff's handbook acknowledgment;

c. Penske's wage and hour policies;

d. ***Relevant portions of plaintiff's pay/earnings records***;

e. ***Relevant portions of plaintiff's time punch detail reports***;

f. ***Relevant portions of plaintiff's Compensable Time Record forms***;

g. ***Maintenance Coordinator job description***;

h. Plaintiff's response to the statement of undisputed material facts;

i. ***Plaintiff's complaint and the relevant portions of plaintiff's discovery responses and initial disclosures, and any attached documents***;

j. ***Select portions of plaintiff's deposition transcript and any related exhibits attached to his deposition***;

k. ***Exhibits attached to defendants' motion for summary judgment, including any attachments to the declaration***; and

l. A PowerPoint or Prezi during opening or closing referencing certain exhibits listed above, plaintiff's deposition testimony, or the issues of law to be addressed.

12. **Witnesses**. Defendants anticipate the possibility of calling the following witnesses to testify on their behalf at the trial on this matter. The witnesses that defendants expect to call are in ***bold and italicized***:

a. ***Karen Miller, District Finance Manager for Penske***;

2875993-v1

    b. ***David Boone, District Service Manager for Penske***;

    c. ***Jeffrey Rickard, Branch Service Manager for Penske***;

    d. ***Plaintiff***; and

    e. Any witnesses identified in defendants' initial disclosures, supplemental initial disclosures, or discovery responses.

Defendants will object to any witnesses not disclosed during the discovery process.

13. **Current Status of Discovery**. Discovery is complete.

14. **Estimated Length of Trial**. One to two days.

15. **Suggestions for Expediting the Action**. Defendants respectfully submit that their motion for summary judgment should be granted.

    Respectfully submitted,

    WRIGHT, LINDSEY & JENNINGS LLP
    200 West Capitol Avenue, Suite 2300
    Little Rock, Arkansas 72201-3699
    (501) 371-0808
    FAX: (501) 376-9442
    E-MAIL: wjackson@wlj.com
             jkim@wlj.com
             showlett@wlj.com

    By: William Stuart Jackson (92189)
        Jane A. Kim (2007160)
        Shelby N. Howlett (2019234)

    *Attorneys for Defendants*

2875993-v1