IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRENCE BROWN, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.     No. 4:22-cv-20-LPR

**PENSKE TRUCK LEASING CO., LP, and**     **DEFENDANTS**
**PENSKE TRUCK LEASING CORPORATION**

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Plaintiff Lawrence Brown, by and through his undersigned attorneys, and for his Unopposed Motion to Continue Trial Date, alleges and states the following:

1. This case is currently set for a bench trial at 9:30 a.m. sometime during the week of June 6, 2023, before the Honorable Lee P. Rudofsky.

2. Plaintiff's counsel has a jury trial before the Honorable D.P. Marshall Jr. in the matter of *Brock-Burchett v. McNew Fabrication Inc., et al.*, No. 4:20-cv-374 (DPM) that same week. Based on the position of the parties at the final pretrial conference held on May 10, settlement is almost certainly not going to happen.

3. Additionally, pending before the Court is Defendants' Motion for Summary Judgment. Depending on how the Court rules, trial may not be necessary because a ruling in favor of the Defendants would end the case and a ruling denying the Motion could open the door to settlement negotiations.

4. Therefore, Plaintiff requests that the trial currently set for June 6, 2023, be extended for a period of at least ninety (90) days. Plaintiff also requests that all remaining pretrial deadlines be extended an equal number of days to allow the parties an opportunity

to explore settlement if the continuance is granted and the Motion for Summary Judgment is denied.

5.      The requested extension would not prejudice either party, and this Motion is not being filed for any improper purpose or for delay.

6.      Plaintiff's counsel has conferred with Defendants' counsel, and this Motion is unopposed.

WHEREFORE, for the reasons stated above, Plaintiff Lawrence Brown respectfully requests the Court grants this Motion and continues the trial date and remaining pretrial deadlines for a period of at least ninety (90) days.

Respectfully submitted,

**PLAINTIFF LAWRENCE BROWN,
Individually and on Behalf of All
Others Similarly Situated**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com