IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWRENCE BROWN**                                                                                        **PLAINTIFF**

**v.**                            **Case No.: 4:22-cv-00020-LPR**

**PENSKE TRUCK LEASING CO., LP and**
**PENSKE TRUCK LEASING CORPORATION**                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered today and prior Orders in this case, it is hereby CONSIDERED, ORDERED, and ADJUDGED that judgment is entered for Defendants.

IT IS SO ADJUDGED this 29th day of September 2023.

                                                                     _____
                                                                     LEE P. RUDOFSKY
                                                                     UNITED STATES DISTRICT JUDGE